(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 19-62517

Cincy Soloman

_____
Plaintiff(s)

v.

J RICA Industries LLC.

_____
_____
_____
Defendant(s)

FILED BY _____ D.C.

NOV 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# AnSWER

*(TITLE OF DOCUMENT)*

I, JESSICA RICH _____ plaintiff or defendant, in the above styled cause, agree to update the webpage for my busnss So that it is my patrcns can utilize the webpags and engage in the wonderful feel and atmosphre we provide. I want to also state that I was totally unangre of the webpags requirmet of the disabity tab or furinre assistnce. Our goal 1310 accumdtars all prsens and we welcme change.

(Rev. 10/2002) General Document

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Certificate of Service**

I JESSICA RICH , certify that on this date 11/18/19 a true copy

of the foregoing document was mailed to: P.O BOX 450973
                                         name(s) and address(es)

SUNRISE FL 33345

_____

By: JESSICA RICH                              JRICH
Printed or typed name of Filer                Signature of Filer

Florida Bar Number                            E-mail address
813-731-8730
Phone Number                                  Facsimile Number
908 W Hallandak Bch Blvd
Street Address
Hallandale FL 33009
City, State, Zip Code