UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62517-CIV-ALTONAGA/Seltzer

**CINDY SOLOMON**,

    Plaintiff,

vs.

**JRICH INDUSTRIES LLC**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant, JRICH Industries LLC's Answer [ECF No. 10], filed by Jessica Rich, *pro se*. Because Defendant is a limited liability company, it is an "artificial entity that can act only through agents[,] cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted); *see also United States v. Hagerman*, 549 F.3d 536, 537 (7th Cir. 2008) ("[A] limited liability company . . . , like a corporation, cannot litigate in a federal court unless it is represented by a lawyer." (citations omitted)). No representation has been made that Jessica Rich is an attorney serving as Defendant's counsel. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant, JRICH Industries LLC, has until December 2, 2019 to retain counsel, who, by such date, must file a notice of appearance and submit Defendant's response to Plaintiff's Complaint or show cause what default should not be entered.

**DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2019.

                                                              **CECILIA M. ALTONAGA**
                                                              **UNITED STATES DISTRICT JUDGE**

CASE NO.  19-62517-CIV-ALTONAGA

Jessica Rich
908 W Hallandale Beach Blvd.,
Hallandale, FL 33009